| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (TRENTON)** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 470-321-7112<br>Attorneys for Secured Creditor<br>**JPMorgan Chase Bank, N.A.**<br>Harold Kaplan, Esq. (HK-0226) | CASE NO.: 19-31911-MBK<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Brian William Ballentine.**<br><br>    **Debtor.** | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

JPMorgan Chase Bank, N.A. ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 3), and states as follows:

1. Debtor, Brian William Ballentine ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on November 20, 2019.
2. Secured Creditor holds a security interest in the Debtor's collateral. The Debtor owns a 2012 Subaru Impreza which Secured Creditor financed in the amount of $14,341.56.
3. The Debtor filed a Chapter 13 Plan on November 20, 2019.
4. Debtor's Plan evidences a request for valuation of Secured Creditor's claim. The Debtor proposes to pay the total collateral valuation in the amount of $3,070.00 with the interest rate not specified. However, pursuant to the loan documents, the total payoff amount due Secured Creditor is in the amount of $5,299.54. Secured Creditor Objects to any Plan that does not provide for the total amount due Secured Creditor.
5. The Plan proposes to pay only $3,070.00, which is inadequate to assure that vehicle collateral owed to Secured Creditor under the plan will have a value, as of the effective date of the plan that is not less than the allowed amount of such claim.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Dated: February 6, 2020

                                               RAS Crane, LLC
                                               Attorney for Secured Creditor
                                               10700 Abbott's Bridge Road, Suite 170
                                               Duluth, GA 30097
                                               Telephone Number 470-321-7112

                                               By: /s/Harold Kaplan
                                               Harold Kaplan, Esquire
                                               NJ Bar Number  HK-0226
                                               Email: hkaplan@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (TRENTON)** | |
| **RAS Citron, LLC** <br> 130 Clinton Road, Suite 202 <br> Fairfield, NJ 07004 <br> Telephone Number 470-321-7112 <br> Attorneys for Secured Creditor <br> **JPMorgan Chase Bank, N.A.** <br> Harold Kaplan, Esq. (HK-0226) | CASE NO.: 19-31911-MBK <br><br> CHAPTER 13 <br><br><br> **Objection to Confirmation of Debtor's Chapter 13 Plan** |
| In Re: <br><br> **Brian William Ballentine.** <br><br>    Debtor. | |

## CERTIFICATION OF SERVICE

6. I, Harold Kaplan, represent JPMorgan Chase Bank, N.A. in this matter.

7. On February 6, 2020, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Objection to Confirmation of Plan.

8. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 6, 2020

> RAS Crane, LLC
> Attorney for Secured Creditor
> 10700 Abbott's Bridge Road, Suite 170
> Duluth, GA 30097
> Telephone Number 470-321-7112
>
> By: /s/Harold Kaplan
> Harold Kaplan, Esquire
> NJ Bar Number  HK-0226
> Email: hkaplan@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| William S. Wolfson, LLC, Esq.<br>260 US Highway 202/31 Suite 1100<br>Flemington, NJ 08822 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Brian William Ballentine<br>114 Musconetcong River Road<br>Washington, NJ 07882-3010 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |