| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-31911 / MBK**

Brian William Ballentine

Petition Filed Date: 11/20/2019
341 Hearing Date: 12/19/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/04/2019 | $230.00 | 63822800 | | | | | | |

**Total Receipts for the Period: $230.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $690.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Brian William Ballentine | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $4,198.43 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,550.79 | $0.00 | $0.00 |
| 3 | PNC BANK, NA<br>»» P/114 MUSCONETCONG RIVER RD/1ST MTG | Mortgage Arrears | $3,773.94 | $0.00 | $0.00 |
| 4 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $1,572.78 | $0.00 | $0.00 |
| 5 | ALLY CAPITAL | Unsecured Creditors | $6,734.93 | $0.00 | $0.00 |
| 6 | JPMORGAN CHASE BANK N.A.<br>»» 2012 SUBARU IMPREZA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $2,458.61 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK NA/BEST BUY CC | Unsecured Creditors | $4,458.49 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/CARECREDIT | Unsecured Creditors | $2,879.86 | $0.00 | $0.00 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE BANK | Unsecured Creditors | $2,665.48 | $0.00 | $0.00 |
| 11 | PNC Bank, N.A. | Unsecured Creditors | $9,008.62 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-31911 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $690.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $230.00 |
| Paid to Trustee: | $49.68 | Arrearages: | $0.00 |
| Funds on Hand: | $640.32 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**