Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19–31911–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian William Ballentine
   114 Musconetcong River Road
   Washington, NJ 07882–3010

Social Security No.:
   xxx–xx–0874

Employer's Tax I.D. No.:

---

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on November 20, 2019 and a confirmation hearing on such Plan has been scheduled for May 13, 2020.

The debtor filed a Modified Plan on April 27, 2020 and a confirmation hearing on the Modified Plan is scheduled for June 10, 2020 @ 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 28, 2020
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-31911-MBK
Brian William Ballentine                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Apr 28, 2020
                             Form ID: 186          Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
db              Brian William Ballentine,    114 Musconetcong River Road,   Washington, NJ  07882-3010
cr             +JPMORGAN CHASE BANK, N.A.,    RAS Citron, LLC,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
518652185       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
518580649      +Chase Auto Finance,    P.o. Box 901003,   Fort Worth, TX 76101-2003
518580651      +Citibank/Best Buy,    Po Box 6497,   Sioux Falls, SD 57117-6497
518580650      +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,   St. Louis, MO 63179-0441
518580663      +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
518666012      +Midland Credit Management, Inc.,    Po Box 2037,   Warren, MI 48090-2037
518580666      +NJ Motor Vehicle Commission,    Surcharge Administration Office,   P.O. Box 160,
                 Trenton, NJ 08601-0160
518580667      +PNC Bank,   Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
518580668      +PNC Bank,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
518629125      +PNC Bank, N.A.,    3232 Newmark Drive,   Miamisburg, OH 45342-5421
518580669      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,   Miamisburg, OH 45342-5433
518580670      +Pnc Mortgage,    Po Box 8703,   Dayton, OH 45401-8703
518580665      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: NJ Division of Taxation,    50 Barracks Street,   PO Box 269,
                 Trenton, NJ 08695)
518580671      +Santander Bank,    Mail Code: MA1-MB3-01-21,    2 Morrissey Boulevard,   Boston, MA 02125-3312
518580672      +Santander Bank,    450 Penn St,   Reading, PA 19602-1011
518580676      +USAA Federal Savings Bank,    10750 Mcdermott,   San Antonio, TX 78288-1600
518580675      +USAA Federal Savings Bank,    Attn: Bankruptcy,   10750 Mcdermott Freeway,
                 San Antonio,, TX 78288-1600


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 28 2020 22:57:54     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2020 22:57:51     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518654051       E-mail/Text: ally@ebn.phinsolutions.com Apr 28 2020 22:57:03     Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
518580642      +E-mail/Text: ally@ebn.phinsolutions.com Apr 28 2020 22:57:03     Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,   Bloomington, MN 55438-0901
518580643      +E-mail/Text: ally@ebn.phinsolutions.com Apr 28 2020 22:57:03     Ally Financial,
                 200 Renaissance Ctr # B0,   Detroit, MI 48243-1300
518580646       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 28 2020 23:00:40     Capital One,
                 15000 Capital One Dr,   Richmond, VA 23238
518580644      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 28 2020 23:01:16     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
518602032      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 28 2020 23:01:23
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518580648      +E-mail/Text: bk.notifications@jpmchase.com Apr 28 2020 22:57:07     Chase Auto Finance,
                 Attn: Bankruptcy,    Po Box 901076,   Fort Worth, TX 76101-2076
518580660       E-mail/Text: mrdiscen@discover.com Apr 28 2020 22:57:09     Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,   Wilmington, DE 19850
518580661       E-mail/Text: mrdiscen@discover.com Apr 28 2020 22:57:09     Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
518580656      +E-mail/Text: electronicbkydocs@nelnet.net Apr 28 2020 22:57:56
                 Department of Education/Nelnet,    Po Box 82561,   Lincoln, NE 68501-2561
518580652      +E-mail/Text: electronicbkydocs@nelnet.net Apr 28 2020 22:57:56
                 Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,   Lincoln, NE 68501-2505
518589863       E-mail/Text: mrdiscen@discover.com Apr 28 2020 22:57:09     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
518580662      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 28 2020 22:57:25     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
518655770       E-mail/Text: bk.notifications@jpmchase.com Apr 28 2020 22:57:43     JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-5757,   Phoenix, AZ 85038-9505
518580664      +E-mail/Text: bncnotices@becket-lee.com Apr 28 2020 22:57:15     Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
518582231      +E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 23:01:06     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518580673      +E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 23:01:43     Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
518580674      +E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 23:01:06     Synchrony Bank/Care Credit,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
518657031      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 28 2020 23:01:23     Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                         TOTAL: 21

```
District/off: 0312-3          User: admin            Page 2 of 2            Date Rcvd: Apr 28, 2020
                              Form ID: 186           Total Noticed: 40
```

```
           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518580647*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court:  Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
518580645*    +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518580657*    +Department of Education/Nelnet,   Po Box 82561,   Lincoln, NE 68501-2561
518580658*    +Department of Education/Nelnet,   Po Box 82561,   Lincoln, NE 68501-2561
518580659*    +Department of Education/Nelnet,   Po Box 82561,   Lincoln, NE 68501-2561
518580653*    +Department of Education/Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
518580654*    +Department of Education/Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
518580655*    +Department of Education/Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
                                                                  TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2020 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
          Association dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Harold N. Kaplan   on behalf of Creditor    JPMORGAN CHASE BANK, N.A. hkaplan@rasnj.com,
          informationathnk@aol.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William S. Wolfson   on behalf of Debtor Brian William Ballentine wwolfsonlaw@comcast.net,
          liza.wwolfsonlaw@comcast.net
                                                                          TOTAL: 5
```