Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–31911–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Brian William Ballentine
  114 Musconetcong River Road
  Washington, NJ 07882–3010

Social Security No.:
  xxx–xx–0874

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     7/14/20
Time:     02:00 PM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
William S. Wolfson, Debtor's Attorney

COMMISSION OR FEES
FEES $8,775.00

EXPENSES
$429.75

If this is a chapter 13 case, the fees and expenses awarded:

   ☐   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 17, 2020
JAN:

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-31911-MBK
Brian William Ballentine                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Jun 17, 2020
                              Form ID: 137        Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2020.
```
db              Brian William Ballentine,    114 Musconetcong River Road,    Washington, NJ  07882-3010
cr             +JPMORGAN CHASE BANK, N.A.,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
518652185       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518580649      +Chase Auto Finance,    P.o. Box 901003,    Fort Worth, TX 76101-2003
518580651      +Citibank/Best Buy,    Po Box 6497,    Sioux Falls, SD 57117-6497
518580650      +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
518580663      +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518666012      +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
518580666      +NJ Motor Vehicle Commission,    Surcharge Administration Office,    P.O. Box 160,
                 Trenton, NJ 08601-0160
518580667      +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
518580668      +PNC Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
518629125      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
518580669      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518580670      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
518580665     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  NJ Division of Taxation,     50 Barracks Street,    PO Box 269,
                 Trenton, NJ 08695)
518580672      +Santander Bank,    450 Penn St,    Reading, PA 19602-1011
518580671      +Santander Bank,    Mail Code: MA1-MB3-01-21,    2 Morrissey Boulevard,    Boston, MA 02125-3312
518580676      +USAA Federal Savings Bank,    10750 Mcdermott,    San Antonio, TX 78288-1600
518580675      +USAA Federal Savings Bank,    Attn: Bankruptcy,    10750 Mcdermott Freeway,
                 San Antonio,, TX 78288-1600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 17 2020 23:06:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 17 2020 23:06:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518654051       E-mail/Text: ally@ebn.phinsolutions.com Jun 17 2020 23:05:37      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
518580642      +E-mail/Text: ally@ebn.phinsolutions.com Jun 17 2020 23:05:37      Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
518580643      +E-mail/Text: ally@ebn.phinsolutions.com Jun 17 2020 23:05:37      Ally Financial,
                 200 Renaissance Ctr # B0,    Detroit, MI 48243-1300
518580646       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 17 2020 23:09:40      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
518580644      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 17 2020 23:21:03      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518602032      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 17 2020 23:10:44
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518580648      +E-mail/Text: bk.notifications@jpmchase.com Jun 17 2020 23:06:09      Chase Auto Finance,
                 Attn: Bankruptcy,    Po Box 901076,    Fort Worth, TX 76101-2076
518580660       E-mail/Text: mrdiscen@discover.com Jun 17 2020 23:05:43      Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518580661       E-mail/Text: mrdiscen@discover.com Jun 17 2020 23:05:43      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
518580656      +E-mail/Text: electronicbkydocs@nelnet.net Jun 17 2020 23:06:21
                 Department of Education/Nelnet,    Po Box 82561,    Lincoln, NE 68501-2561
518580652      +E-mail/Text: electronicbkydocs@nelnet.net Jun 17 2020 23:06:21
                 Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
518589863       E-mail/Text: mrdiscen@discover.com Jun 17 2020 23:05:43      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518580662      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 17 2020 23:05:55      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518655770       E-mail/Text: bk.notifications@jpmchase.com Jun 17 2020 23:06:09      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-5757,    Phoenix, AZ 85038-9505
518580664      +E-mail/Text: bncnotices@becket-lee.com Jun 17 2020 23:05:48      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
518582231      +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 23:09:57      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518580673      +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 23:09:57      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518580674      +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 23:09:57      Synchrony Bank/Care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
518657031      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 17 2020 23:10:16      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 21
```

```
District/off: 0312-3          User: admin                  Page 2 of 2                  Date Rcvd: Jun 17, 2020
                              Form ID: 137                 Total Noticed: 40


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518580647*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:  Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
518580645*      +Capital One,    Attn: Bankruptcy,     Po Box 30285,    Salt Lake City, UT 84130-0285
518580657*      +Department of Education/Nelnet,     Po Box 82561,    Lincoln, NE 68501-2561
518580658*      +Department of Education/Nelnet,     Po Box 82561,    Lincoln, NE 68501-2561
518580659*      +Department of Education/Nelnet,     Po Box 82561,    Lincoln, NE 68501-2561
518580653*      +Department of Education/Nelnet,     Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
518580654*      +Department of Education/Nelnet,     Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
518580655*      +Department of Education/Nelnet,     Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
                                                                                               TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
               Association dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. hkaplan@rasnj.com,
               informationathnk@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William S. Wolfson    on behalf of Debtor Brian William Ballentine wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
                                                                                              TOTAL: 5
```