**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY (TRENTON)**

**RAS Citron, LLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 470-321-7112
Attorneys for Secured Creditor
**JPMorgan Chase Bank, N.A.**

**Order Filed on June 25, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| In Re: | Case No.:  19-31911 |
|---|---|
| **Brian William Ballentine.** | Chapter:   13 |
| Debtor. | Chief Judge Michael B. Kaplan |

### ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN FILED BY JPMORGAN CHASE BANK, N.A.

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: June 25, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court on the Objection to Confirmation of Plan (Docket #17) filed by RAS Citron, LLC counsel for Secured Creditor, JPMorgan Chase Bank, N.A. ("Secured Creditor"), as to the collateral 2012 Subaru Impreza - VIN Number JF1GPAC67CH226533 (the "Collateral"), and William S. Wolfson, Esq. representing the debtor Brian William Ballentine (the "Debtor"), and the parties agreeing to the entry of the Order settling the Objection, and for good cause shown; it is ORDERED AND DECREED as follows:

1.    The treatment of Secured Creditor's Claim is modified as follows:  the secured claim of Secured Creditor will be crammed down to three thousand six hundred dollars ($3,600.00), which amount will be paid over the term of the Debtors' Chapter 13 Plan, which will not extend past 48 months, at 7.04% in monthly installments of <u>86.27</u> in principal and interest to be included in the Debtor's monthly trustee payment, calculated as follows:

| | |
|---|---|
| Crammed Down Value: | $3,600.00 |
| Total interest (7.04% over 48 months): | <u>$  541.12</u> |
| **Total to be paid:** | **$4,141.12** |
| Number of Months | <u>48</u> |
| **Monthly Payment toward Cram Down:** | **$    86.27** |

2.    The balance of the claim shall be reclassified as a General Unsecured Claim and paid in accordance with the treatment afforded other General Unsecured creditors.

3.    The Debtor shall maintain automobile insurance on the Collateral.

4.    Except as otherwise provided herein, all remaining terms of the loan documents shall govern the treatment of Secured Creditor's Claim.

5.    Acceptance by Secured Creditor, and/or any servicer, of a late or partial payment shall not act as a waiver of Secured Creditor's right to proceed as stated above.

6.    In the event of any uncured default, or dismissal or conversion to another chapter under the Bankruptcy Code, the terms of this Order shall be void, and Secured Creditor shall retain its lien in the full amount due under the loan documents prior to the commencement of this bankruptcy case.

7.    The terms of this Stipulation may not be modified, altered, or changed by any subsequently filed plan, or any order thereon without first seeking express written consent of

Secured Creditor.   If Secured Creditor denies Debtor's request to modify the terms of this Stipulation, Debtor may seek court approval to modify the terms of this Stipulation after notice to Secured Creditor and their counsel herein, and hearing held.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 19-31911-MBK
Brian William Ballentine                                        Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin            Page 1 of 1          Date Rcvd: Jun 29, 2020
                               Form ID: pdf903        Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
db               Brian William Ballentine,    114 Musconetcong River Road,    Washington, NJ  07882-3010
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2020 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National
           Association dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Harold N. Kaplan   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. hkaplan@rasnj.com,
           informationathnk@aol.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William S. Wolfson   on behalf of Debtor Brian William Ballentine wwolfsonlaw@comcast.net,
           liza.wwolfsonlaw@comcast.net
                                                                             TOTAL: 5
```