UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William S. Wolfson, Esq.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822
Attorney for Debtor
908 782-9333
Our File No.: 1224.57240
WW4019

Order Filed on July 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Brian William Ballentine, Debtor

Case No.: 19-31911

Chapter: 13

Judge: Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 16, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William S. Wolfson_____, the applicant, is allowed a fee of $ ___8,775.00*___ for services rendered and expenses in the amount of $___429.75*___ for a total of $___9,204.75*___. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___n/a___ per month for _____ months to allow for payment of the above fee.

*Debtor is entitled to credits for payments previously made in the amount of $2,335.00 and a reduction for a courtesy discount in the amount of $1,000.00. Total amount to be paid by Chapter 13 Trustee's Office is $5,869.75.

*rev.8/1/15*