Form 226 – 3004claimntc.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 19–31911–MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Brian William Ballentine
  114 Musconetcong River Road
  Washington, NJ 07882–3010

Social Security No.:
  xxx–xx–0874

Employer's Tax I.D. No.:

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Brian W Ballentine the debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on August 11, 2020.

Nelnet as Servicer for the United States Department of Education


Dated: August 12, 2020
JAN: mrg

                                                Jeanne Naughton
                                                Clerk