Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−31911−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Brian William Ballentine
    114 Musconetcong River Road
    Washington, NJ 07882−3010

Social Security No.:
    xxx−xx−0874

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

    Please be advised that Brian W Ballentine the debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on August 11, 2020.

Nelnet as Servicer for the United States Department of Education

Dated: August 12, 2020
JAN: mrg

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Brian William Ballentine
    Debtor

Case No. 19-31911-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 12, 2020
                       Form ID: 226      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2020.
db           Brian William Ballentine,   114 Musconetcong River Road,   Washington, NJ  07882-3010
518922579    +Nelnet as Servicer for the U.S. Dept. of Education,   Attn: Claims - Managing OFficer,
          P.O. Box 82505,   Lincoln, NE 68501-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 12 2020 23:56:20     United States Trustee,
          Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
          Newark, NJ 07102-5235
                                                                                                                                          TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2020 at the address(es) listed below:
          Albert   Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National
           Association dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Harold N. Kaplan   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. hkaplan@rasnj.com,
           informationathnk@aol.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William S. Wolfson   on behalf of Debtor Brian William Ballentine wwolfsonlaw@comcast.net,
           liza.wwolfsonlaw@comcast.net
                                                                                                                  TOTAL: 5