**Order Filed on August 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| William S. Wolfson, Esq., L.L.C. 260 U.S. Highway 202/31, Suite 1100 Flemington, NJ 08822-1794 908 782-9333 Attorney for Brian William Ballentine Our File No.   1224.57240 | |
| IN THE MATTER OF Brian William Ballentine, Debtor(s) | CASE NO.: 19-31911 CHAPTER 13 HEARING DATE: JUDGE: Michael B. Kaplan |

# ORDER ALLOWING LATE PROOF OF CLAIM FILED ON BEHALF OF NELNET AS SERVICER FOR U.S. DEPARTMENT OF EDUCATION

The relief set forth on the following pages, numbered through two, is hereby ORDERED.

**DATED: August 15, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor(s): Brian William Ballentine
Case No.: 19-31911 (MBK)
ORDER ALLOWING LATE PROOF OF CLAIM FILED ON BEHALF OF NELNET AS SERVICER FOR U.S. DEPARTMENT OF EDUCATION
Page 2

Upon the motion of debtor's counsel, William S. Wolfson, Esq. and on notice to Nelnet, as student loan servicer for the U.S. Department of Education, and the Chapter 13 Trustee it is hereby:

ORDERED that

1. The debtor is allowed to file a late proof of claim for the direct plus student loan in the amount of $29,081.27, inclusive of interest due through March 28, 2020.

2. The Chapter 13 Trustee shall pay this claim on par with other general, unsecured claims.

3. The debtor shall file a proof of claim in the form substantially similar to the pro forma proof of claim attached to the debtor's Certification as Exhibit B.

4. A copy of this Order shall be served on the Chapter 13 Trustee electronically and on the student loan servicer, Nelnet, by regular mail within 10 days of the date of this Order.