| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Brian William Ballentine<br>Our File No.   1224.57240 | **Order Filed on August 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN THE MATTER OF<br><br>Brian William Ballentine, Debtor(s) | CASE NO.: 19-31911<br>CHAPTER 13<br><br>HEARING DATE:<br>JUDGE: Michael B. Kaplan |

**ORDER ALLOWING LATE PROOF OF CLAIM FILED ON BEHALF OF NELNET AS SERVICER FOR U.S. DEPARTMENT OF EDUCATION**

The relief set forth on the following pages, numbered through two, is hereby ORDERED.

**DATED: August 15, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor(s): Brian William Ballentine
Case No.: 19-31911 (MBK)
ORDER ALLOWING LATE PROOF OF CLAIM FILED ON BEHALF OF NELNET AS SERVICER FOR U.S. DEPARTMENT OF EDUCATION
Page 2

Upon the motion of debtor's counsel, William S. Wolfson, Esq. and on notice to Nelnet, as student loan servicer for the U.S. Department of Education, and the Chapter 13 Trustee it is hereby:

ORDERED that

1. The debtor is allowed to file a late proof of claim for the direct plus student loan in the amount of $29,081.27, inclusive of interest due through March 28, 2020.

2. The Chapter 13 Trustee shall pay this claim on par with other general, unsecured claims.

3. The debtor shall file a proof of claim in the form substantially similar to the pro forma proof of claim attached to the debtor's Certification as Exhibit B.

4. A copy of this Order shall be served on the Chapter 13 Trustee electronically and on the student loan servicer, Nelnet, by regular mail within 10 days of the date of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-31911-MBK
Brian William Ballentine                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 17, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2020.
db          Brian William Ballentine,    114 Musconetcong River Road,    Washington, NJ    07882-3010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2020 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National Association dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Harold N. Kaplan    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. hkaplan@rasnj.com, informationathnk@aol.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         William S. Wolfson    on behalf of Debtor Brian William Ballentine wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net
                                                                                                   TOTAL: 5