UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William S. Wolfson, Esq.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822
Attorney for Debtor
908 782-9333
Our File No.: 1224.57240
WW4019

**Order Filed on December 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Brian William Ballentine, Debtor

Case No.:     19-31911

Chapter:      13

Judge:        Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 31, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William S. Wolfson_____, the applicant, is allowed a fee of $ _____396.00_____ for services rendered and expenses in the amount of $_____1.15_____ for a total of $_____397.15_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____811.68_____ per month for _____34_____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-31911-MBK

Brian William Ballentine                                                        Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                              Page 1 of 1
Date Rcvd: Dec 31, 2020                       Form ID: pdf903                           Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2021:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | Brian William Ballentine, 114 Musconetcong River Road, Washington, NJ 07882-3010 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2021                       Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK  N.A. hkaplan@rasnj.com, informationathnk@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William S. Wolfson | on behalf of Debtor Brian William Ballentine wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net |

TOTAL: 5