| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ  08650-4853 | Albert Russo, Trustee<br>PO Box 933<br>Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-31911 / MBK**

Brian William Ballentine

Petition Filed Date: 11/20/2019
341 Hearing Date: 12/19/2019
Confirmation Date: 06/10/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $230.00 | 64476810 | 01/31/2020 | $230.00 | 65187870 | 03/06/2020 | $230.00 | 66209040 |
| 03/30/2020 | $230.00 | 66723690 | 04/30/2020 | $230.00 | 67493820 | 05/27/2020 | $515.00 | 68159700 |
| 06/30/2020 | $800.00 | 69009750 | 08/03/2020 | $800.00 | 69761960 | 08/31/2020 | $800.00 | 70484370 |
| 10/08/2020 | $800.00 | 71459640 | 11/16/2020 | $800.00 | 72346540 | 11/30/2020 | $800.00 | 72655700 |
| 01/04/2021 | $800.00 | 73447550 | 02/12/2021 | $811.68 | 74496350 | | | |

**Total Receipts for the Period: $8,076.68    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,306.68**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Brian William Ballentine | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»»  ORDER 7/16/20 | Attorney Fees | $5,869.75 | $5,777.55 | $92.20 |
| 1 | DISCOVER BANK | Unsecured Creditors | $4,198.43 | $0.00 | $4,198.43 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,550.79 | $0.00 | $3,550.79 |
| 3 | PNC BANK, NA<br>»»  P/114 MUSCONETCONG RIVER RD/1ST MTG | Mortgage Arrears | $3,773.94 | $0.00 | $3,773.94 |
| 4 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $1,572.78 | $0.00 | $1,572.78 |
| 5 | ALLY CAPITAL<br>»»  2011 JEEP WRANGLER/DEF BAL | Unsecured Creditors | $6,734.93 | $0.00 | $6,734.93 |
| 6 | JPMORGAN CHASE BANK N.A.<br>»»  2012 SUBARU IMPREZA/ORDER 6/25/20 | Debt Secured by Vehicle | $4,141.12 | $0.00 | $4,141.12 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $2,458.61 | $0.00 | $2,458.61 |
| 8 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CITIBANK NA/BEST BUY CC | Unsecured Creditors | $4,458.49 | $0.00 | $4,458.49 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY BANK/CARECREDIT | Unsecured Creditors | $2,879.86 | $0.00 | $2,879.86 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $2,665.48 | $0.00 | $2,665.48 |
| 11 | PNC Bank, N.A. | Unsecured Creditors | $9,008.62 | $0.00 | $9,008.62 |
| 12 | JPMORGAN CHASE BANK N.A.<br>»»  2012 SUBARU IMPREZA/CRAM BAL/ORDER 6/25/20 | Unsecured Creditors | $1,158.42 | $0.00 | $1,158.42 |

**Chapter 13 Case No. 19-31911 / MBK**

| 13 | DEPT OF ED/NELNET<br>»»  FILED BY DEBTOR/ORD 8/15/20 | Unsecured Creditors | $29,081.27 | $0.00 | $29,081.27 |
|---|---|---|---|---|---|
| 0 | WILLIAM S WOLFSON, ESQ<br>»»  ORDER 12/31/20 | Attorney Fees | $397.15 | $367.31 | $29.84 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,306.68 | Plan Balance: | $27,188.32 ** |
| Paid to Claims: | $6,144.86 | Current Monthly Payment: | $811.68 |
| Paid to Trustee: | $648.45 | Arrearages: | $811.68 |
| Funds on Hand: | $1,513.37 | Total Plan Base: | $35,495.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**