Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−31911−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Brian William Ballentine
    114 Musconetcong River Road
    Washington, NJ 07882−3010

Social Security No.:
    xxx−xx−0874

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 11, 2020.

On March 31, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                 May 4, 2021
Time:               10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 31, 2021
JAN: wdr

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                              Case No. 19-31911-MBK

Brian William Ballentine                                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                                Page 1 of 3
Date Rcvd: Mar 31, 2021                Form ID: 185                                           Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Brian William Ballentine, 114 Musconetcong River Road, Washington, NJ 07882-3010 |
| cr | + | JPMORGAN CHASE BANK, N.A., RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518652185 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518580663 | + | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518666012 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518580666 | + | NJ Motor Vehicle Commission, Surcharge Administration Office, P.O. Box 160, Trenton, NJ 08601-0160 |
| 518922579 | + | Nelnet as Servicer for the U.S. Dept. of Education, Attn: Claims - Managing OFficer, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 518580665 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, 50 Barracks Street, PO Box 269, Trenton, NJ 08695 |
| 518580671 | + | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 518580672 | + | Santander Bank, 450 Penn St, Reading, PA 19602-1011 |
| 518580676 | + | USAA Federal Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 518580675 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio,, TX 78288-1600 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 31 2021 22:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 31 2021 22:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518654051 | | Email/Text: ally@ebn.phinsolutions.com | Mar 31 2021 22:05:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518580642 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 31 2021 22:05:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518580643 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 31 2021 22:05:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 518580646 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 31 2021 23:00:42 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518580644 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 31 2021 23:00:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518602032 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 31 2021 23:16:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518580648 | + | Email/Text: bk.notifications@jpmchase.com | Mar 31 2021 22:06:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 518580649 | + | Email/Text: bk.notifications@jpmchase.com | Mar 31 2021 22:06:00 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 518580650 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2021 23:33:41 | Citibank/Best Buy, Attn: Bankruptcy, Po Box |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 31, 2021 | Form ID: 185 | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 790441, St. Louis, MO 63179-0441 |
| 518580651 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2021 23:32:31 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518580660 | | Email/Text: mrdiscen@discover.com | Mar 31 2021 22:05:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518580661 | | Email/Text: mrdiscen@discover.com | Mar 31 2021 22:05:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 518580652 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 31 2021 22:06:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580656 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 31 2021 22:06:00 | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518589863 | | Email/Text: mrdiscen@discover.com | Mar 31 2021 22:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518580662 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 31 2021 22:06:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518655770 | | Email/Text: bk.notifications@jpmchase.com | Mar 31 2021 22:06:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518580664 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 31 2021 22:05:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518580668 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 31 2021 22:06:00 | PNC Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 518580667 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 31 2021 22:06:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518629125 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 31 2021 22:06:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518580669 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 31 2021 22:06:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518580670 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 31 2021 22:06:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518582231 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2021 23:31:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518580673 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2021 23:31:23 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518580674 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2021 23:31:23 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518657031 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 31 2021 23:02:34 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518580647 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518580645 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518580653 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580654 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580655 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580657 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518580658 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |

518580659      *+         Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 02, 2021              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:

**Name**            **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
on behalf of Creditor JPMORGAN CHASE BANK  N.A. hkaplan@rasnj.com, informationathnk@aol.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William S. Wolfson
on behalf of Debtor Brian William Ballentine wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net

TOTAL: 5