**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 1 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 1 | Lien Avoidance |

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re: Brian W Ballentine

Case No.: 19-31911

Judge: Michael B. Kaplan

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original      ☒ Modified/Notice Required      Date: March 30, 2021

☒ Motions Included      ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☒ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: WW      Initial Debtor: BWB      Initial Co-Debtor: _____

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ __427.00__ per __month__ to the Chapter 13 Trustee, starting on __May 1, 2021__ for approximately __60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description: 114 Musconetong River Road, Washington, NJ
Proposed date for completion: _8 1 2021_____

d. ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

Two student loans canceled by US Department of Education because Burlington College closed. Remaining loans have not been canceled or forgiven. These are Parent Plus Loans where only Mr. Ballentine is the obligor. Estimated balance due is $ 28,973.01.

Mr Ballentine and JP Morgan Chase resolved an objection to confirmation with an order dated 6/25/20 (DOC 36) regarding modification of JP Morgan's Secured claim on a 2012 Subaru Impreza Auto. The secured portion of the claim is $3,600.00. to be paid over 48 months at 7.04% per month or $86.27 per month through the plan payments. The total is $4,141.12. The Trustee has paid $329.17. Balance due is $3,811.95.

**Part 2:    Adequate Protection** ☐ NONE

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ \_\_\_\_\_1,623.68\_\_\_\_\_ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____PNC Mortgage_____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ as allowed (hourly retainer) |
| DOMESTIC SUPPORT OBLIGATION | n/a | n/a<br><br>No attorney's fees presently due. Application to be made based on hourly retainer. |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| n/a | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| PNC Bank | mortgage on debtor's home | $10,212.06 Includes pre-petition and post-petition missed mortgage payments | as allowed | $10,212.06 | $1,623.68 |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c. **Secured claims excluded from 11 U.S.C. 506:** ☐ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| JP Mortgage Chase Auto Finance | 2012 Subaru Impreza auto | $6,337.00 | $3,600.00 | none | $3,600.00 | as allowed stipulation and order 6/25/20 7.04% | $4,141.12 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

JP Mortgage Chase Auto Finance  2012 Subaru Impreza auto

**e. Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| JP Mortgage Chase Auto Finance | 2012 Subaru Impreza auto | $4,141.12 less $329.17 paid through March 2021 by Chapter 13 Trustee |

### Part 5:  Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| Nelnet for U.S. Department of Education | nondischargeable student loans | pay in plan | as allowed pro rata with other unsecured creditors. |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☐ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| JP Morgan Chase Auto Finance | 2012 Subaru Impreza wago 126,000 miles | $6337. POC filed by Chase for $4,141.12 | $ 3,600.00 | $3600.00 | $1,071.12 Note: Motion resolved by Order dated 6 25 2020 (DOC 36). Debtor to pay inside plan $86.27/m as part of trustee payment. |

## Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) debtors counsel fees
3) secured claims of PNC and Chase Auto Finance
4) general unsecured claims

### d. Post-Petition Claims

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 6/11/2020 .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| provide for mortgage arrears, debtor's wife is ill and disabled. She has moved to warm climate and maintains separate home. This requires support from debtor. | Decrease payment to $427/m. Increase plan duration to 60 months. Plan is in 17th month. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:   Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☐ NONE

☒ Explain here:

Mr. Ballentine and JP Morgan Chase resolved an objection to confirmation with an order dated 6/25/20 (DOC 36) regarding modification of JP Morgan's Secured claim on a 2012 Subaru Impreza Auto. The secured portion of the claim is $3,600.00. to be paid over 48 months at 7.04% per month or $86.27 per month through the plan payments. The total is $4,141.12. The Trustee has paid $329.17. Balance due is $3,811.95.

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: March 30, 2021 _____           /s/Brian W. Ballentine_____
                                                                                       Debtor

Date: _____           _____
                                                                                       Joint Debtor

Date: March 30, 2021 _____           /s/William S. Wolfson, Esq._____
                                                                                       Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-31911-MBK

Brian William Ballentine  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 3
Date Rcvd: Mar 31, 2021   Form ID: pdf901   Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Brian William Ballentine, 114 Musconetcong River Road, Washington, NJ 07882-3010 |
| cr | + | JPMORGAN CHASE BANK, N.A., RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518652185 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518580663 | + | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518666012 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518580666 | + | NJ Motor Vehicle Commission, Surcharge Administration Office, P.O. Box 160, Trenton, NJ 08601-0160 |
| 518922579 | + | Nelnet as Servicer for the U.S. Dept. of Education, Attn: Claims - Managing OFficer, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 518580665 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, 50 Barracks Street, PO Box 269, Trenton, NJ 08695 |
| 518580671 | + | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 518580672 | + | Santander Bank, 450 Penn St, Reading, PA 19602-1011 |
| 518580676 | + | USAA Federal Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 518580675 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio,, TX 78288-1600 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 31 2021 22:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 31 2021 22:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518654051 | | Email/Text: ally@ebn.phinsolutions.com | Mar 31 2021 22:05:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518580642 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 31 2021 22:05:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518580643 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 31 2021 22:05:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 518580646 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 01 2021 03:06:28 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518580644 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 31 2021 23:15:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518602032 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 31 2021 23:02:31 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518580648 | + | Email/Text: bk.notifications@jpmchase.com | Mar 31 2021 22:06:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 518580649 | + | Email/Text: bk.notifications@jpmchase.com | Mar 31 2021 22:06:00 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 518580650 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2021 23:16:01 | Citibank/Best Buy, Attn: Bankruptcy, Po Box |

| Recip ID | | Notice Method | Date | Recipient |
|---|---|---|---|---|
| | | | | 790441, St. Louis, MO 63179-0441 |
| 518580651 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2021 23:16:02 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518580660 | | Email/Text: mrdiscen@discover.com | Mar 31 2021 22:05:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518580661 | | Email/Text: mrdiscen@discover.com | Mar 31 2021 22:05:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 518580652 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 31 2021 22:06:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580656 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 31 2021 22:06:00 | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518589863 | | Email/Text: mrdiscen@discover.com | Mar 31 2021 22:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518580662 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 31 2021 22:06:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518655770 | | Email/Text: bk.notifications@jpmchase.com | Mar 31 2021 22:06:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518580664 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 31 2021 22:05:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518580668 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 31 2021 22:06:00 | PNC Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 518580667 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 31 2021 22:06:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518629125 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 31 2021 22:06:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518580669 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 31 2021 22:06:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518580670 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 31 2021 22:06:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518582231 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2021 23:00:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518580673 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2021 23:15:02 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518580674 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2021 23:15:05 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518657031 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 31 2021 23:16:48 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518580647 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518580645 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518580653 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580654 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580655 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580657 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518580658 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |

| | | |
|---|---|---|
| 518580659 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK N.A. hkaplan@rasnj.com, informationathnk@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William S. Wolfson | on behalf of Debtor Brian William Ballentine wwolfsonlaw@comcast.net liza.wwolfsonlaw@comcast.net |

TOTAL: 5