William S. Wolfson, Esq., L.L.C.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822-1794
908 782-9333
Attorney for Brian W. Ballentine
Our File No.   1224.57240
WW 4019

| Brian W. Ballentine, Debtor | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY JUDGE:  Michael B. Kaplan CASE NO.:  19-31911 CHAPTER 13 HEARING DATE: |
|---|---|
| | **CERTIFICATION IN SUPPORT OF MODIFICATION OF CHAPTER 13 PLAN** |

Brian Ballentine, being of full age, certifies under penalty of perjury as follows:

1. I am the debtor in this Chapter 13 case.

2. I make this Certification to supplement my modified plan.

3. I am able to increase my modified plan payment *__after__* my wife returns from Puerto Rico to live with me permanently. This will save me approximately $760 per month that I have been sending to her.

4. My wife suffers from a serious, chronic and debilitating illness. We were hoping the warm weather in Puerto Rico would help her. While it alleviated many of her symptoms, she is still very ill and unable to work.

5. Because I had been sending her over $1,000 each month, either by having her draw money from our joint checking account or paying her rent of $750 per month, this is no longer financially viable for me in Chapter 13. Once she returns to live with me, we will be able to save approximately $760 per month.

6. She plans to return no later than September 1, 2021. She is temporarily here in New Jersey seeing doctors and taking care of personal matters. She has also determined to move due to the severe hurricanes that have struck the Caribbean over the past few years. It remains unsafe for her to remain in Puerto Rico for this reason. Further, she has

    determined that it would be better for her to be closer to me for personal reasons including episodes of her illness which can result in her hospitalization for many reasons.

7. I am prepared to provide, under seal and in compliance with HIPPA, some medical information regarding her illness to the Court and, if the Court so directs, to the Trustee so long as it is kept in a confidential manner in order to protect my wife's medical information.

8. I anticipate that I will need approximately $2,500 to $3,000 to move fully move her back to New Jersey from Puerto. This includes airfare and the cost of transporting her personal effects back to New Jersey to the extent that we cannot take them with us on the airplane.

9. I will also need to obtain a car for her. She will sell her car in Puerto Rico and hopefully will be able to buy a suitable used car with the money she receives from the sale of the car she owns.

10. Beginning October 1, 2021, I can begin my Chapter 13 plan payment from the $880 to approximately $1,080 per month.

11. I would like to reduce my Chapter 13 Trustee payments for August and September 2021 to $320.00 per month temporarily so that I can afford to move her back to New Jersey and not miss mortgage payments.

12. I believe this temporary reduction and the subsequent increase in my trustee payments are in the best interest of my creditors and the Chapter 13 Trustee.

13. I ask that the Court permit me this temporary reduction and to have my modified plan to become effective on October 1, 2021.

I certify the above statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

/s/Brian W. Ballentine
Brian W. Ballentine
Dated:  June 30, 2021