| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>William S. Wolfson, Esq.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822<br>Attorney for Debtor<br>908 782-9333<br>Our File No.: 1224.57240<br>WW4019 | Order Filed on November 12, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Brian Ballentine, Debtor | Case No.: 19-31911<br>Chapter: 13<br>Judge: Kaplan |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 12, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William S. Wolfson_____, the applicant, is allowed a fee of $ ____3,487.50____ for services rendered and expenses in the amount of $____110.35____ for a total of $____3,597.85____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1,080.00____ per month for ____30____ months to allow for payment of the above fee.

*rev.8/1/15*