| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-31911 / MBK**

Brian William Ballentine

Petition Filed Date: 11/20/2019
341 Hearing Date: 12/19/2019
Confirmation Date: 06/10/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $800.00 | 73447550 | 02/12/2021 | $811.68 | 74496350 | 03/12/2021 | $811.68 | 75190620 |
| 03/31/2021 | $811.68 | 75617610 | 04/26/2021 | $811.68 | 76212470 | 06/18/2021 | $811.68 | 77507060 |
| 08/13/2021 | $811.68 | 78780840 | 09/22/2021 | $811.68 | 79644500 | 11/08/2021 | $720.00 | 80674900 |
| 12/03/2021 | $720.00 | 81256580 | | | | | | |

**Total Receipts for the Period: $7,921.76    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,616.76**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Brian William Ballentine | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 7/16/20 | Attorney Fees | $5,869.75 | $5,869.75 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $4,198.43 | $0.00 | $4,198.43 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,550.79 | $0.00 | $3,550.79 |
| 3 | PNC BANK, NA<br>»» P/114 MUSCONETCONG RIVER RD/1ST MTG/ORDER 6/2/21 | Mortgage Arrears | $3,773.94 | $1,148.80 | $2,625.14 |
| 4 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $1,572.78 | $0.00 | $1,572.78 |
| 5 | ALLY CAPITAL<br>»» 2011 JEEP WRANGLER/DEF BAL | Unsecured Creditors | $6,734.93 | $0.00 | $6,734.93 |
| 6 | JPMORGAN CHASE BANK N.A.<br>»» 2012 SUBARU IMPREZA/CRAM/ORDER 6/25/20 | Debt Secured by Vehicle | $4,141.12 | $1,260.56 | $2,880.56 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $2,458.61 | $0.00 | $2,458.61 |
| 8 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK NA/BEST BUY CC | Unsecured Creditors | $4,458.49 | $0.00 | $4,458.49 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/CARECREDIT | Unsecured Creditors | $2,879.86 | $0.00 | $2,879.86 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE BANK | Unsecured Creditors | $2,665.48 | $0.00 | $2,665.48 |
| 11 | PNC Bank, N.A. | Unsecured Creditors | $9,008.62 | $0.00 | $9,008.62 |
| 12 | JPMORGAN CHASE BANK N.A.<br>»» 2012 SUBARU IMPREZA/CRAM BAL/ORDER 6/25/20 | Unsecured Creditors | $1,158.42 | $0.00 | $1,158.42 |

**Chapter 13 Case No. 19-31911 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | DEPT OF ED/NELNET<br>»» FILED BY DEBTOR/ORD 8/15/20 | Unsecured Creditors | $29,081.27 | $0.00 | $29,081.27 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 12/31/20 | Attorney Fees | $397.15 | $397.15 | $0.00 |
| 14 | PNC BANK, NA<br>»» 114 MUSCONETCONG RIVER ROAD/PP ARREARS 3/2/21 | Mortgage Arrears | $6,109.11 | $1,492.67 | $4,616.44 |
| 15 | PNC BANK, NA<br>»» 114 MUSCONETCONG RIVER ROAD/ATTY FEE 3/2/21 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 11/12/21 | Attorney Fees | $3,597.85 | $2,801.16 | $796.69 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,616.76 | Plan Balance: | $30,948.32 ** |
| Paid to Claims: | $13,508.09 | Current Monthly Payment: | $1,080.00 |
| Paid to Trustee: | $1,108.67 | Arrearages: | $3,948.32 |
| Funds on Hand: | $0.00 | Total Plan Base: | $45,565.08 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for** *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.