Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–31911–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Brian William Ballentine
    114 Musconetcong River Road
    Washington, NJ 07882–3010
Social Security No.:
    xxx–xx–0874
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 8/24/22 at 09:00 AM

to consider and act upon the following:

*87* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 8/2/2022. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 7/26/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court