# EXHIBIT B

UNITED STATES BANKRUPTCY
COURT <u>DISTRICT OF NEW JERSEY</u>
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone:609-250-0700
dcarlon@kmllawgroup.com
PNC Mortgage, A Division Of PNC Bank, National Association

CASE NO. 19-31911 MBK
CHAPTER 13
Judge: Michael B. Kaplan

In re:

Brian William Ballentine

# CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 10/03/2013

I, **Barbara Essman**, employed as Authorized Signer by PNC BANK, NATIONAL ASSOCIATION, for PNC Mortgage, A Division Of PNC Bank, National Association, hereby certifies the following information:

Recorded on October 10, 2013 in <u>Warren</u> County, in <u>Instrument Number 20131010000321610</u>
Property Address: <u>114 Musconetcong River R, Washington NJ 07882.</u>

Mortgage Holder: <u>PNC Mortgage, A Division Of PNC Bank, National Association</u>

Mortgagor(s)/ Debtor(s): <u>Brian William Ballentine</u>

POST-PETITION PAYMENTS (Petition filed on November 20, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order entered 03/02/2021 | | | | | $0.00 |
| $1,623.68 | 03/01/2021 | 03/2021 | $1,630.00 | 03/12/2021 | $6.32 |
| $1,623.68 | 04/01/2021 | 04/2021 | $1,625.00 | 04/01/2021 | $7.64 |
| | | To Suspense | $1,650.00 | 05/24/2021 | $1,657.64 |
| | | To Suspense | $1,650.00 | 05/24/2021 | $3,307.64 |
| $1,623.68 | 05/01/2021 | 05/2021 | From Suspense | 07/14/2021 | $1,683.96 |
| $1,623.68 | 06/01/2021 | 06/2021 | From Suspense | 07/14/2021 | $60.28 |
| | | To Suspense | $1,650.00 | 07/30/2021 | $1,710.28 |
| $1,623.68 | 07/01/2021 | 07/2021 | From Suspense | 08/02/2021 | $86.60 |
| | | To Suspense | $1,625.00 | 08/31/2021 | $1,711.60 |
| $1,623.68 | 08/01/2021 | 08/2021 | From Suspense | 09/01/2021 | $87.92 |
| | | To Suspense | $1,650.00 | 09/29/2021 | $1,737.92 |
| $1,623.68 | 09/01/2021 | 09/2021 | From Suspense | 09/30/2021 | $114.24 |
| | | To Suspense | $1,650.00 | 10/29/2021 | $1,764.24 |

| | | | | | |
|---|---|---|---|---|---|
| $1,623.68 | 10/01/2021 | 10/2021 | From Suspense | 11/01/2021 | $140.56 |
| | | To Suspense | $1,747.55 | 11/26/2021 | $1,888.11 |
| $1,747.55 | 11/01/2021 | 11/2021 | From Suspense | 11/29/2021 | $140.56 |
| | | To Suspense | $1,747.55 | 12/31/2021 | $1,888.11 |
| $1,747.55 | 12/01/2021 | 12/2021 | From Suspense | 01/03/2022 | $140.56 |
| | | To Suspense | $1,747.55 | 01/31/2022 | $1,888.11 |
| $1,747.55 | 01/01/2022 | 01/2022 | From Suspense | 02/01/2022 | $140.56 |
| | | To Suspense | $1,747.55 | 02/28/2022 | $1,888.11 |
| $1,747.55 | 02/01/2022 | 02/2022 | From Suspense | 03/01/2022 | $140.56 |
| | | To Suspense | $1,000.00 | 03/01/2022 | $1,140.56 |
| | | To Suspense | $747.55 | 04/11/2022 | $1,888.11 |
| $1,747.55 | 03/01/2022 | 03/2022 | From Suspense | 05/04/2022 | $140.56 |
| | | To Suspense | $1,750.00 | 06/03/2022 | $1,890.56 |
| $1,747.55 | 04/01/2022 | 04/2022 | From Suspense | 06/06/2022 | $143.01 |
| $1,747.55 | 05/01/2022 | | $0.00 | | $143.01 |
| $1,747.55 | 06/01/2022 | | $0.00 | | $143.01 |
| $1,747.55 | 07/01/2022 | | $0.00 | | $143.01 |
| Total Due: $28,717.39 | | Total Received + Suspense: $23,617.75 | | Arrears: $5,099.64 | |

Continue on attached sheets if necessary.

Monthly payments past due: _3_ mos. X $1,747.55
Arrears: $5,099.64

Each current monthly payment is comprised of:
Effective as of July 13, 2022, the current monthly payment is comprised
of:    Principal:          $ 398.15_____
       Interest:           $ 646.27_____
       R.E. Taxes:         $_____
       Insurance:          $_____
       Other:              $703.13_____ (Specify:__Escrow____)
       TOTAL               **$ 1,747.55**

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notices of Mortgage Payment Change: Filed 09/13/2021 effective 11/01/2021.

PRE-PETITION ARREARS: $3,773.94

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 26, 2022

Signature
Barbara Essman
**Authorized Signer**