**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By: Denise Carlon Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
Attorneys for Secured Creditor: PNC
Mortgage, A Division Of PNC Bank,
National Association

| In Re: | Case No: | 19-31911 MBK |
|---|---|---|
| Brian William Ballentine | Chapter: | 13 |
| Debtor | Judge: | Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1.  I, Thomas Diruscio:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, who represents the Secured Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On 07/29/2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Certification of Default
    - Proposed Order
    - Exhibits
    - Certification of Service

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 07/29/2022                    /S/ Thomas Diruscio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Brian William Ballentine<br>114 Musconetcong River Road<br>Washington, NJ 07882 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| William S. Wolfson<br>William S. Wolfson, LLC, Esq.<br>260 US Highway 202/31 Suite 1100<br>Flemington, NJ 08822 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |