Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–31911–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Brian William Ballentine
    114 Musconetcong River Road
    Washington, NJ 07882–3010

Social Security No.:
    xxx–xx–0874

Employer's Tax I.D. No.:

### NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        9/28/22
Time:        02:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
William S. Wolfson, Debtor's Attorney

COMMISSION OR FEES
fee: $2,298.00

EXPENSES
expenses: $0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑        will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☐        will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 6, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Brian William Ballentine

    Debtor

Case No. 19-31911-MBK

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3                                         User: admin                               Page 1 of 3

Date Rcvd: Sep 06, 2022                        Form ID: 137                            Total Noticed: 41

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Brian William Ballentine, 114 Musconetcong River Road, Washington, NJ 07882-3010 |
| 518580666 | + NJ Motor Vehicle Commission, Surcharge Administration Office, P.O. Box 160, Trenton, NJ 08601-0160 |
| 518922579 | + Nelnet as Servicer for the U.S. Dept. of Education, Attn: Claims - Managing OFficer, P.O. Box 82505, Lincoln, NE 68501-2505 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Sep 06 2022 22:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 06 2022 22:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/Text: RASEBN@raslg.com | Sep 06 2022 22:28:00 | JPMORGAN CHASE BANK, N.A., RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518654051 | Email/Text: ally@ebn.phinsolutions.com | Sep 06 2022 22:28:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518580642 | + Email/Text: ally@ebn.phinsolutions.com | Sep 06 2022 22:28:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518580643 | + Email/Text: ally@ebn.phinsolutions.com | Sep 06 2022 22:28:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 518580646 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 06 2022 22:29:06 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518580644 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 06 2022 22:29:21 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518602032 | + Email/PDF: ebn_ais@aisinfo.com | Sep 06 2022 22:29:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518652185 | Email/PDF: bncnotices@becket-lee.com | Sep 06 2022 22:29:09 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518580650 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 06 2022 22:29:18 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 518580651 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 06 2022 22:29:24 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518580660 | Email/Text: mrdiscen@discover.com | Sep 06 2022 22:28:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518580661 | Email/Text: mrdiscen@discover.com | Sep 06 2022 22:28:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 518580652 | + Email/Text: electronicbkydocs@nelnet.net | | |

District/off: 0312-3                          User: admin                                    Page 2 of 3

Date Rcvd: Sep 06, 2022                       Form ID: 137                           Total Noticed: 41

| | | | |
|---|---|---|---|
| | | Sep 06 2022 22:28:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580656 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Sep 06 2022 22:28:00 | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518589863 | Email/Text: mrdiscen@discover.com | | |
| | | Sep 06 2022 22:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518580662 | + Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Sep 06 2022 22:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518580648 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Sep 06 2022 22:29:14 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 518580649 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Sep 06 2022 22:29:15 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101 |
| 518655770 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Sep 06 2022 22:29:14 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518580664 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Sep 06 2022 22:28:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518580663 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Sep 06 2022 22:28:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518666012 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Sep 06 2022 22:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518580668 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Sep 06 2022 22:28:00 | PNC Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 518580667 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Sep 06 2022 22:28:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518629125 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Sep 06 2022 22:28:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518580669 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Sep 06 2022 22:28:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518580670 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| 518580665 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 06 2022 22:28:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| | | Sep 06 2022 22:28:00 | NJ Division of Taxation, 50 Barracks Street, PO Box 269, Trenton, NJ 08695 |
| 518580672 | + Email/Text: DeftBkr@santander.us | | |
| | | Sep 06 2022 22:28:00 | Santander Bank, 450 Penn St, Reading, PA 19602-1011 |
| 518580671 | + Email/Text: DeftBkr@santander.us | | |
| | | Sep 06 2022 22:28:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 518582231 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 06 2022 22:29:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518580673 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 06 2022 22:29:16 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518580674 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 06 2022 22:29:06 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518580675 | + Email/Text: bkelectronicnotices@usaa.com | | |
| | | Sep 06 2022 22:28:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio,, TX 78288-1600 |
| 518580676 | + Email/Text: bkelectronicnotices@usaa.com | | |
| | | Sep 06 2022 22:28:00 | USAA Federal Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 518657031 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Sep 06 2022 22:29:17 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 38

District/off: 0312-3                           User: admin                                    Page 3 of 3
Date Rcvd: Sep 06, 2022                        Form ID: 137                              Total Noticed: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518580647 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518580645 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518580653 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580654 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580655 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580657 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518580658 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518580659 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2022                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK  N.A. hkaplan@rasnj.com, informationathnk@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William S. Wolfson | on behalf of Debtor Brian William Ballentine wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net |

TOTAL: 5