Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−31911−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian William Ballentine
   114 Musconetcong River Road
   Washington, NJ 07882−3010

Social Security No.:
   xxx−xx−0874

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 23, 2021.

On May 4, 2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:            June 14, 2023
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 5, 2023
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 19-31911-MBK

Brian William Ballentine   Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 3
Date Rcvd: May 05, 2023   Form ID: 185   Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Brian William Ballentine, 114 Musconetcong River Road, Washington, NJ 07882-3010 |
| sp | + | Stephen Bosin, 70 Grand Avenue, Suite 200, River Edge, NJ 07661-1936 |
| 518580666 | + | NJ Motor Vehicle Commission, Surcharge Administration Office, P.O. Box 160, Trenton, NJ 08601-0160 |
| 518922579 | + | Nelnet as Servicer for the U.S. Dept. of Education, Attn: Claims - Managing OFficer, P.O. Box 82505, Lincoln, NE 68501-2505 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 05 2023 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 05 2023 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | May 05 2023 20:36:00 | JPMORGAN CHASE BANK, N.A., RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518654051 | | Email/Text: ally@ebn.phinsolutions.com | May 05 2023 20:35:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518580642 | + | Email/Text: ally@ebn.phinsolutions.com | May 05 2023 20:35:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518580643 | + | Email/Text: ally@ebn.phinsolutions.com | May 05 2023 20:35:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 518580646 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 05 2023 20:40:09 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518580644 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 05 2023 20:39:47 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518602032 | + | Email/PDF: ebn_ais@aisinfo.com | May 05 2023 20:39:49 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518652185 | | Email/PDF: bncnotices@becket-lee.com | May 05 2023 20:40:03 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518580650 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2023 20:39:59 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 518580651 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2023 20:39:59 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518580660 | | Email/Text: mrdiscen@discover.com | May 05 2023 20:35:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518580661 | | Email/Text: mrdiscen@discover.com | May 05 2023 20:35:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |

Case 19-31911-MBK    Doc 115    Filed 05/07/23    Entered 05/08/23 00:15:17    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 05, 2023 | Form ID: 185 | Total Noticed: 42 |

| Notice ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518580652 | + | Email/Text: electronicbkydocs@nelnet.net | May 05 2023 20:37:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580656 | + | Email/Text: electronicbkydocs@nelnet.net | May 05 2023 20:37:00 | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518589863 | | Email/Text: mrdiscen@discover.com | May 05 2023 20:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518580662 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 05 2023 20:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518580648 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 05 2023 20:39:56 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 518580649 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 05 2023 20:40:11 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101 |
| 518655770 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 05 2023 20:39:56 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518580664 | + | Email/Text: PBNCNotifications@peritusservices.com | May 05 2023 20:35:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518580663 | + | Email/Text: PBNCNotifications@peritusservices.com | May 05 2023 20:35:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518666012 | + | Email/Text: bankruptcydpt@mcmcg.com | May 05 2023 20:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518580668 | | Email/Text: Bankruptcy.Notices@pnc.com | May 05 2023 20:36:00 | PNC Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 518580667 | | Email/Text: Bankruptcy.Notices@pnc.com | May 05 2023 20:36:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518629125 | | Email/Text: Bankruptcy.Notices@pnc.com | May 05 2023 20:36:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518580669 | | Email/Text: Bankruptcy.Notices@pnc.com | May 05 2023 20:36:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518580670 | | Email/Text: Bankruptcy.Notices@pnc.com | May 05 2023 20:36:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518580665 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 05 2023 20:36:00 | NJ Division of Taxation, 50 Barracks Street, PO Box 269, Trenton, NJ 08695 |
| 518580672 | + | Email/Text: DeftBkr@santander.us | May 05 2023 20:37:00 | Santander Bank, 450 Penn St, Reading, PA 19602-1011 |
| 518580671 | + | Email/Text: DeftBkr@santander.us | May 05 2023 20:37:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 518582231 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2023 20:52:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518580673 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2023 20:39:49 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518580674 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2023 20:39:49 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518580675 | + | Email/Text: bkelectronicnotices@usaa.com | May 05 2023 20:35:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio,, TX 78288-1600 |
| 518580676 | + | Email/Text: bkelectronicnotices@usaa.com | May 05 2023 20:35:00 | USAA Federal Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 518657031 | + | Email/PDF: ebn_ais@aisinfo.com | May 05 2023 20:40:03 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 19-31911-MBK    Doc 115    Filed 05/07/23    Entered 05/08/23 00:15:17    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 05, 2023 | Form ID: 185 | Total Noticed: 42 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518580647 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518580645 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518580653 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580654 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580655 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580657 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518580658 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518580659 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2023         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK N.A. hkaplan@rasnj.com, kimwilson@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William S. Wolfson | on behalf of Debtor Brian William Ballentine wwolfsonlaw@comcast.net liza.wwolfsonlaw@comcast.net |

TOTAL: 5