Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−31911−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian William Ballentine
   114 Musconetcong River Road
   Washington, NJ 07882−3010

Social Security No.:
   xxx−xx−0874

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 16, 2023.

Dated: June 16, 2023
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-31911-MBK |
| Brian William Ballentine | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 16, 2023 | Form ID: plncf13 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Brian William Ballentine, 114 Musconetcong River Road, Washington, NJ 07882-3010 |
| sp | + | Stephen Bosin, 70 Grand Avenue, Suite 200, River Edge, NJ 07661-1936 |
| 518580666 | + | NJ Motor Vehicle Commission, Surcharge Administration Office, P.O. Box 160, Trenton, NJ 08601-0160 |
| 518922579 | + | Nelnet as Servicer for the U.S. Dept. of Education, Attn: Claims - Managing OFficer, P.O. Box 82505, Lincoln, NE 68501-2505 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2023 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2023 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 16 2023 20:44:00 | JPMORGAN CHASE BANK, N.A., RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518654051 | | Email/Text: ally@ebn.phinsolutions.com | Jun 16 2023 20:44:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518580642 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 16 2023 20:44:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518580643 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 16 2023 20:44:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 518580646 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2023 20:46:58 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518580644 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2023 20:47:07 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518602032 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 16 2023 20:46:48 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518652185 | | Email/PDF: bncnotices@becket-lee.com | Jun 16 2023 20:46:50 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518580650 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2023 20:46:56 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 518580651 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2023 20:47:06 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518580660 | | Email/Text: mrdiscen@discover.com | Jun 16 2023 20:44:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518580661 | | Email/Text: mrdiscen@discover.com | Jun 16 2023 20:44:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |

Case 19-31911-MBK    Doc 120    Filed 06/18/23    Entered 06/19/23 00:14:45    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2023 | Form ID: plncf13 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 518580652 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 16 2023 20:45:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580656 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 16 2023 20:45:00 | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518589863 | | Email/Text: mrdiscen@discover.com | Jun 16 2023 20:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518580662 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2023 20:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518580648 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 16 2023 20:47:03 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 518580649 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 16 2023 20:46:45 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101 |
| 518655770 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 16 2023 20:46:55 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518580664 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 16 2023 20:44:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518580663 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 16 2023 20:44:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518666012 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2023 20:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518580668 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2023 20:44:00 | PNC Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 518580667 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2023 20:44:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518629125 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2023 20:44:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518580669 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2023 20:44:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518580670 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2023 20:44:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518580665 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 16 2023 20:44:00 | NJ Division of Taxation, 50 Barracks Street, PO Box 269, Trenton, NJ 08695 |
| 518580672 | + | Email/Text: DeftBkr@santander.us | Jun 16 2023 20:45:00 | Santander Bank, 450 Penn St, Reading, PA 19602-1011 |
| 518580671 | + | Email/Text: DeftBkr@santander.us | Jun 16 2023 20:45:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 518582231 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2023 20:46:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518580673 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2023 20:47:03 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518580674 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2023 20:46:56 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518580675 | + | Email/Text: bkelectronicnotices@usaa.com | Jun 16 2023 20:44:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio,, TX 78288-1600 |
| 518580676 | + | Email/Text: bkelectronicnotices@usaa.com | Jun 16 2023 20:44:00 | USAA Federal Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 518657031 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 16 2023 20:46:57 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2023 | Form ID: plncf13 | Total Noticed: 42 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518580647 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518580645 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518580653 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580654 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580655 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518580657 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518580658 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518580659 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2023           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK N.A. hkaplan@rasnj.com, kimwilson@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William S. Wolfson | on behalf of Debtor Brian William Ballentine wwolfsonlaw@comcast.net liza.wwolfsonlaw@comcast.net |

TOTAL: 5