| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 19-31911 / MBK**

| | |
|---|---|
| Brian William Ballentine | Petition Filed Date: 11/20/2019 |
| | 341 Hearing Date: 12/19/2019 |
| | Confirmation Date: 06/10/2020 |

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $1,169.45 | | 02/01/2023 | $1,169.45 | | 03/06/2023 | $1,169.45 | |
| 04/03/2023 | $1,169.45 | | 05/02/2023 | $1,227.20 | | 06/02/2023 | $1,227.20 | |
| 07/03/2023 | $1,227.20 | | 08/01/2023 | $1,080.00 | | 09/01/2023 | $1,080.00 | |
| 10/03/2023 | $1,080.00 | | 11/02/2023 | $1,080.00 | | 12/04/2023 | $1,080.00 | |
| 01/03/2024 | $1,080.00 | | | | | | | |

**Total Receipts for the Period: $14,839.40    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $40,420.06**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Brian William Ballentine | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 7/16/20 | Attorney Fees | $5,869.75 | $5,869.75 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $4,198.43 | $463.76 | $3,734.67 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,550.79 | $392.22 | $3,158.57 |
| 3 | PNC BANK, NA<br>»» P/114 MUSCONETCONG RIVER RD/1ST<br>MTG/ORDER 6/2/21 | Mortgage Arrears | $3,773.94 | $3,773.94 | $0.00 |
| 4 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $1,572.78 | $173.73 | $1,399.05 |
| 5 | ALLY CAPITAL<br>»» 2011 JEEP WRANGLER/DEF BAL | Unsecured Creditors | $6,734.93 | $743.96 | $5,990.97 |
| 6 | JPMORGAN CHASE BANK N.A.<br>»» 2012 SUBARU IMPREZA/CRAM/ORDER 6/25/2( | Debt Secured by Vehicle | $4,141.12 | $4,141.12 | $0.00 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $2,458.61 | $271.58 | $2,187.03 |
| 8 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK NA/BEST BUY CC | Unsecured Creditors | $4,458.49 | $492.49 | $3,966.00 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/CARECREDIT | Unsecured Creditors | $2,879.86 | $318.11 | $2,561.75 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE BANK | Unsecured Creditors | $2,665.48 | $294.44 | $2,371.04 |
| 11 | PNC Bank, N.A. | Unsecured Creditors | $9,008.62 | $995.09 | $8,013.53 |
| 12 | JPMORGAN CHASE BANK N.A.<br>»» 2012 SUBARU IMPREZA/CRAM BAL/ORDER<br>6/25/20 | Unsecured Creditors | $1,158.42 | $127.96 | $1,030.46 |

**Chapter 13 Case No. 19-31911 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | DEPT OF ED/NELNET<br>»» FILED BY DEBTOR/ORD 8/15/20 | Unsecured Creditors | $29,081.27 | $3,212.33 | $25,868.94 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 12/31/20 | Attorney Fees | $397.15 | $397.15 | $0.00 |
| 14 | PNC BANK, NA<br>»» 114 MUSCONETCONG RIVER ROAD/PP ARREARS 3/2/21 | Mortgage Arrears | $6,109.11 | $6,109.11 | $0.00 |
| 15 | PNC BANK, NA<br>»» 114 MUSCONETCONG RIVER ROAD/ATTY FEE 3/2/21 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 11/12/21 | Attorney Fees | $3,597.85 | $3,597.85 | $0.00 |
| 16 | PNC BANK, NA<br>»» 114 MUSCONETCONG RIVER ROAD/ATTY FEE 9/13/22 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 9/29/22 | Attorney Fees | $2,298.00 | $2,298.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 3/2/23 | Attorney Fees | $924.00 | $924.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 9/14/23 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $40,420.06 | Plan Balance: | $5,252.80 ** |
| Paid to Claims: | $35,334.59 | Current Monthly Payment: | $1,080.00 |
| Paid to Trustee: | $3,104.74 | Arrearages: | ($147.20) |
| Funds on Hand: | $1,980.73 | Total Plan Base: | $45,672.86 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**