UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Mortgage

In Re:

Brian William Ballentine,

Debtor.

Case No.:  19-31911-MBK

Chapter:  13

Hearing Date:  5/22/2024

Judge:  Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled            ☐  Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 126)

_____

Date: 5/21/2024                                         /s/ Denise Carlon
                                                        Signature

*rev.8/1/15*