UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William S. Wolfson, Esq., L.L.C.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822-1794
908 782-9333
Attorney for Brian W. Ballentine
Our File No. 1224.57240
WW 4019
wwolfsonlaw@comcast.net

Order Filed on September 25, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Brian W. Ballentine, Debtor

Case No.: 19-31911

Chapter: 13

Judge: Michael B. Kaplan

# ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following page is **ORDERED**.

**DATED: September 25, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On request of _____William Wolfson Esq_____, to seal the following document(s),

1. Confidential Settlement Agreement
2. Certification by Debtor Brian Ballentine
3. Certification by Special Employment Law Counsel Steven Bosin, Esq.

and the court having considered the request and any objection there to, it is

☐ ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

☒ ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.

*rev.8/1/15*