Caption in Compliance with D.N.J. LBR 9004-1(b)

| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| In re:<br><br>Brian William Ballentine,<br><br>　　　　　　　　　　Debtor. |

Order Filed on September 27, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 19-31911 (MBK)

# ORDER GRANTING IN PART
# REQUEST TO SEAL DOCUMENTS

The relief set forth on the following pages is **ORDERED**

**DATED: September 27, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Brian William Ballentine |
| Case No. | 19-31911 (MBK) |
| Caption of Order: | Order Granting in Part Request to Seal Documents |

Upon the motion (the "Motion") Brian William Ballentine ("Debtor"), seeking entry of an order (this "Order") to file terms of settlement, certification by Debtor, and certification by Special Employment Law Counsel Steven Bosin, Esq., under seal, all as more fully set forth in the Motion; and upon the declarations filed in support of the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This Court having fully reviewed the relief requested in the Motion finds it is in the best interests of the Debtors', their creditors, and other parties in interest; and this Court having found that the Debtors' Motion is appropriate under the circumstances; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; for the foregoing reasons, the Court Grants In Part the Debtor's request to seal documents (ECF No. 136).

| | |
|---|---|
| Debtors: | Brian William Ballentine |
| Case No. | 19-31911 (MBK) |
| Caption of Order: | Order Granting in Part Request to Seal Documents |

**IT IS HEREBY ORDERED THAT**:

1. Debtor is directed to provide the Chapter 13 Trustee access to the terms of settlement.

2. Future pleadings —including any forthcoming Motion to Approve Settlement — are to include redacted versions of the sealed document, if appropriate.

3. All parties in interest may request access to information regarding the settlement.

4. All parties reserve rights to oppose any such request.

5. All disputes regarding access to the terms of settlement may be brought before the Court.

6. This Order shall constitute a final judgment and order with respect to the Motion.