UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William S. Wolfson, Esq., L.L.C.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822-1794
908 782-9333
Attorney for  Brian W. Ballentine
Our File No.   1224.57240
WW 4019
wwolfsonlaw@comcast.net

**Order Filed on September 25, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Brian W. Ballentine, Debtor

Case No.:  19-31911

Chapter:  13

Judge:  Michael B. Kaplan

# ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following page is **ORDERED**.

**DATED: September 25, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On request of _____William Wolfson Esq_____ , to seal the following document(s),

1. Confidential Settlement Agreement
2. Certification by Debtor Brian Ballentine
3. Certification by Special Employment Law Counsel Steven Bosin, Esq.

and the court having considered the request and any objection there to, it is

☐   ORDERED that the request is denied and the underlying document(s) shall be deleted from the

court's electronic filing system.

☒   ORDERED that the request is granted and the document(s) shall be sealed until the expiration of

the judiciary records retention period at which time the document will be permanently deleted.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-31911-MBK |
| Brian William Ballentine | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 25, 2024 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Brian William Ballentine, 114 Musconetcong River Road, Washington, NJ 07882-3010 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2024         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK  N.A. hkaplan@rasnj.com, kimwilson@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William S. Wolfson | on behalf of Debtor Brian William Ballentine wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net |

TOTAL: 5