Caption in Compliance with D.N.J. LBR 9004-1(b)



| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>In re:<br><br>Brian William Ballentine,<br><br>                              Debtor. | **Order Filed on September 27, 2024**<br>**by Clerk**<br>Chapter 13<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Case No. 19-31911 (MBK) |

# ORDER GRANTING IN PART
# REQUEST TO SEAL DOCUMENTS

The relief set forth on the following pages is **ORDERED**

**DATED: September 27, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Brian William Ballentine |
| Case No. | 19-31911 (MBK) |
| Caption of Order: | Order Granting in Part Request to Seal Documents |

Upon the motion (the "Motion") Brian William Ballentine ("Debtor"), seeking entry of an order (this "Order") to file terms of settlement, certification by Debtor, and certification by Special Employment Law Counsel Steven Bosin, Esq., under seal, all as more fully set forth in the Motion; and upon the declarations filed in support of the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This Court having fully reviewed the relief requested in the Motion finds it is in the best interests of the Debtors', their creditors, and other parties in interest; and this Court having found that the Debtors' Motion is appropriate under the circumstances; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; for the foregoing reasons, the Court Grants In Part the Debtor's request to seal documents (ECF No. 136).

| | |
|---|---|
| Debtors: | Brian William Ballentine |
| Case No. | 19-31911 (MBK) |
| Caption of Order: | Order Granting in Part Request to Seal Documents |

**IT IS HEREBY ORDERED THAT**:

    1.    Debtor is directed to provide the Chapter 13 Trustee access to the terms of settlement.

    2.    Future pleadings —including any forthcoming Motion to Approve Settlement — are to include redacted versions of the sealed document, if appropriate.

    3.    All parties in interest may request access to information regarding the settlement.

    4.    All parties reserve rights to oppose any such request.

    5.    All disputes regarding access to the terms of settlement may be brought before the Court.

    6.    This Order shall constitute a final judgment and order with respect to the Motion.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-31911-MBK |
| Brian William Ballentine | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 27, 2024 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Brian William Ballentine, 114 Musconetcong River Road, Washington, NJ 07882-3010 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2024      Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK N.A. hkaplan@rasnj.com, kimwilson@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William S. Wolfson | on behalf of Debtor Brian William Ballentine wwolfsonlaw@comcast.net liza.wwolfsonlaw@comcast.net |

TOTAL: 5