UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

United States Trustee
Office of the United States Trustee
1085 Raymond Blvd.
One Newark Center, Suite 2100
Newark, NJ 07102-5235

Ally Financial
200 Renaissance Ctr #B0
Detroit, MI 48243-1300

Capital One
Attn Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

JPMorgan Chase Bank, N.A.
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

Department of Education/Nelnet
Attn Claims
PO Box 82505
Lincoln, NE 68501-2505

Discover Financial Services
PO Box 3025
New Albany, OH 43054-3025

Kohls/Capital One
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-5660

NJ Motor Vehicle Commissions
Surcharge Administration Office
PO Box 160
Trenton, NJ 08601-0160

Santander Bank
450 Penn St
Reading, PA 19602-1011

JPMorgan Chase Bank, N.A.
RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004-2927

Ally Financial
Attn Bankruptcy Dept
PO Box 380901
Bloomington, MN 55438-0901

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Citibank/Best Buy
Attn Bankruptcy
PO Box 790441
St. Louis, MO 63179-0441

Department of Education/Nelnet
PO Box 82561
Lincoln, NE 68501-2561

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Midland Credit Management,
Inc. PO Box 2037
Warren, MI 48090-2037

Santander Bank
Mail Code: MA1-MB3-01-21
2 Morrissey Blvd
Boston, MA 02125-3312

U.S. Attorney
970 Broad Street
Room 502
Rodino Federal Bldg
Newark, NJ 07102

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Citibank/Best Buy
PO Box 6497
Sioux Falls, SD 57117-6497

State of New Jersey
Division of Taxation
Attn Bankruptcy Unit
PO Box 245
Trenton, NJ 08695-0245

PNC Bank Retail Lending
PO Box 94982
Cleveland, OH 44101-4982

PNC Mortgage
c/o KML Law Group
Attn Denise E. Carlon, Esq.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021