| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Brian William Ballentine<br>Our File No.    1224.57240 | |
| IN THE MATTER OF<br><br>Brian William Ballentine, Debtor(s) | CASE NO.: 19-31911 CHAPTER 13<br><br>HEARING DATE:  11/27/2024<br><br>JUDGE: Michael B. Kaplan |

**Order Filed on December 2, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### ORDER APPROVING SETTLEMENT OF WRONGFUL DISCHARGE CLAIMS, PAYMENT OF COUNSEL FEES, PAYMENT OF EXEMPT PROCEEDS TO DEBTOR AND FOR OTHER RELIEF

The relief set forth on the following pages, numbered through two, is hereby ORDERED.

**DATED: December 2, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

ORDER TO APPROVE SETTLEMENT OF WRONGFUL DISCHARGE CLAIMS, PAYMENT OF
COUNSEL FEES, PAYMENT OF EXEMPT PROCEEDS TO DEBTOR AND FOR OTHER RELIEF
Page 2


This matter being opened to the Court by William S. Wolfson, Esq. as counsel to the debtor, Brian W.

Ballentine, on notice to the Chapter 13 Standing Trustee, Stephen R. Bosin, Esq. and creditors, it is

hereby

ORDERED that


1. The debtor Brian W. Ballentine is authorized to take all necessary action by and through special

   counsel to consummate settlement of his wrongful termination claims against First Bank for the

   sum of $██████.

2. The contingent fee of $██████ is to be paid to the debtor's Special Employment Law Counsel

   Stephen Bosin, Esq. plus $██████  The total to be paid to special counsel is $██████

3. The debtor Brian Ballentine is to be paid the value of his exemption in the sum of $             .

   4.   A copy of this order shall be served on the Chapter 13 Trustee, Stephen R. Bosin, Esq.,

   creditors and any other party entering an appearance on the motion within seven (7) days.