| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Brian William Ballentine<br>Our File No.   1224.57240 |
| IN THE MATTER OF<br><br>Brian William Ballentine, Debtor(s) |

Order Filed on December 2, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 19-31911 CHAPTER 13

HEARING DATE:  11/27/2024

JUDGE: Michael B. Kaplan

### ORDER APPROVING SETTLEMENT OF WRONGFUL DISCHARGE CLAIMS, PAYMENT OF COUNSEL FEES, PAYMENT OF EXEMPT PROCEEDS TO DEBTOR AND FOR OTHER RELIEF

The relief set forth on the following pages, numbered through two, is hereby ORDERED.

**DATED: December 2, 2024**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case Brian W. Ballentine, debtor
Case No.: 19-31911 MBK
ORDER TO APPROVE SETTLEMENT OF WRONGFUL DISCHARGE CLAIMS, PAYMENT OF COUNSEL FEES, PAYMENT OF EXEMPT PROCEEDS TO DEBTOR AND FOR OTHER RELIEF
Page 2

This matter being opened to the Court by William S. Wolfson, Esq. as counsel to the debtor, Brian W. Ballentine, on notice to the Chapter 13 Standing Trustee, Stephen R. Bosin, Esq. and creditors, it is hereby

ORDERED that

1. The debtor Brian W. Ballentine is authorized to take all necessary action by and through special counsel to consummate settlement of his wrongful termination claims against First Bank for the sum of $ ▮▮▮▮ .

2. The contingent fee of $ ▮▮▮▮ is to be paid to the debtor's Special Employment Law Counsel Stephen Bosin, Esq. plus $ ▮▮▮▮  The total to be paid to special counsel is $ ▮▮▮▮

3. The debtor Brian Ballentine is to be paid the value of his exemption in the sum of $           .

4. A copy of this order shall be served on the Chapter 13 Trustee, Stephen R. Bosin, Esq., creditors and any other party entering an appearance on the motion within seven (7) days.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-31911-MBK |
| Brian William Ballentine | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 02, 2024 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Brian William Ballentine, 114 Musconetcong River Road, Washington, NJ 07882-3010 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2024       Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK N.A. hkaplan@rasnj.com, kimwilson@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William S. Wolfson | on behalf of Debtor Brian William Ballentine wwolfsonlaw@comcast.net liza.wwolfsonlaw@comcast.net |

TOTAL: 5