| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Brian William Ballentine<br>Our File No.   1224.57240 | **Order Filed on December 5, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN THE MATTER OF<br><br>Brian William Ballentine, Debtor(s) | CASE NO.: 19-31911<br>CHAPTER 13<br><br>HEARING DATE:  11/27/2024<br>JUDGE: Michael B. Kaplan |

# ORDER RESOLVING CLAIM OF EXEMPTION AND
# DIRECTING RELEASE OF FUNDS

The relief set forth on the following pages, numbered through two (2) is **ORDERED.**

**DATED: December 5, 2024**

*[signature]*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In Re: Brian W. Ballentine, Debtor
Case No.19-31911
Judge: Michael B. Kaplan
Order Resolving Exemption Claim
Page 2 of 2

Upon the motion of debtor's counsel, William S. Wolfson, Esq. and on notice to the Chapter 13 Trustee it is hereby:

ORDERED that

1. The debtor's claim of exemption in the amount of $18,089.73 is allowed and may be released from the escrow by debtor's counsel for the use and benefit of the debtor.

2. The debtor and/or debtor's counsel is authorized and directed release from escrow to pay to the Chapter 13 Trustee, Albert Russo, Esq., the sum of $2,844.95 within thirty (30) days. This sum represents the non-exempt portion of settlement proceeds.

3. A copy of this order shall be served on the Chapter 13 trustee and all parties appearing on the motion to approve settlement by debtor's counsel within 7 days.