| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Brian William Ballentine<br>Our File No.   1224.57240 | **Order Filed on December 5, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN THE MATTER OF<br><br>Brian William Ballentine, Debtor(s) | CASE NO.: 19-31911<br>CHAPTER 13<br><br>HEARING DATE:  11/27/2024<br>JUDGE: Michael B. Kaplan |

# ORDER RESOLVING CLAIM OF EXEMPTION AND
# DIRECTING RELEASE OF FUNDS

The relief set forth on the following pages, numbered through two (2) is **ORDERED.**

**DATED: December 5, 2024**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

In Re: Brian W. Ballentine, Debtor
Case No.19-31911
Judge: Michael B. Kaplan
Order Resolving Exemption Claim
Page 2 of 2

Upon the motion of debtor's counsel, William S. Wolfson, Esq. and on notice to the Chapter 13 Trustee it is hereby:

ORDERED that

1. The debtor's claim of exemption in the amount of $18,089.73 is allowed and may be released from the escrow by debtor's counsel for the use and benefit of the debtor.

2. The debtor and/or debtor's counsel is authorized and directed release from escrow to pay to the Chapter 13 Trustee, Albert Russo, Esq., the sum of $2,844.95 within thirty (30) days. This sum represents the non-exempt portion of settlement proceeds.

3. A copy of this order shall be served on the Chapter 13 trustee and all parties appearing on the motion to approve settlement by debtor's counsel within 7 days.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-31911-MBK |
| Brian William Ballentine | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 05, 2024 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Brian William Ballentine, 114 Musconetcong River Road, Washington, NJ 07882-3010 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK  N.A. hkaplan@rasnj.com, kimwilson@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William S. Wolfson | on behalf of Debtor Brian William Ballentine wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net |

TOTAL: 5