| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Brian William Ballentine<br>Our File No.   1224.57240 | **Order Filed on January 8, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN THE MATTER OF<br><br>Brian William Ballentine, Debtor(s) | CASE NO.: 19-31911<br>CHAPTER 13<br><br>HEARING DATE:  1/8/2025<br>JUDGE: Michael B. Kaplan |

### PROTECTIVE ORDER FOR REDACTION OF DOCUMENTS

The relief set forth on the following pages, numbered through two, is hereby ORDERED.

**DATED: January 8, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor(s): Brian William Ballentine
Case No.: 19-31911 (MBK)
**PROTECTIVE ORDER FOR REDACTION OF DOCUMENTS**
Page 2

ORDERED that

1. The exhibits to the certification of Brian Ballentine (Exhibit B and Exhibit C) for information respecting the settlement check are redacted and a 2023 W-2 bearing a social security number as redacted as well except for the last 3 digits.

2. A copy of this Order may be served as the Court shall direct.