Certificate Number: 17572-NJ-DE-039261990

Bankruptcy Case Number: 19-31911



17572-NJ-DE-039261990

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 21, 2025, at 12:22 o'clock PM PST, Brian W Ballentine completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: January 21, 2025

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor