| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 19-31911 / MBK**

Brian William Ballentine

Petition Filed Date: 11/20/2019
341 Hearing Date: 12/19/2019
Confirmation Date: 06/10/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2024 | $1,080.00 | | 02/01/2024 | $1,080.00 | | 03/04/2024 | $1,080.00 | |
| 04/01/2024 | $1,080.00 | | 05/02/2024 | $1,080.00 | | 06/04/2024 | $932.80 | |
| 06/21/2024 | $222.00 | 98437700 | | | | | | |

**Total Receipts for the Period:  $6,554.80    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $45,894.86**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Brian William Ballentine | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William S. Wolfson, Esq.<br>»»  ORDER 7/16/20 | Attorney Fees | $5,869.75 | $5,869.75 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $4,198.43 | $892.92 | $3,305.51 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,550.79 | $755.18 | $2,795.61 |
| 3 | PNC BANK, NA<br>»»  P/114 MUSCONETCONG RIVER RD/1ST MTG/ORDER 6/2/21 | Mortgage Arrears | $3,773.94 | $3,773.94 | $0.00 |
| 4 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $1,572.78 | $334.50 | $1,238.28 |
| 5 | ALLY CAPITAL<br>»»  2011 JEEP WRANGLER/DEF BAL | Unsecured Creditors | $6,734.93 | $1,432.38 | $5,302.55 |
| 6 | JPMORGAN CHASE BANK N.A.<br>»»  2012 SUBARU IMPREZA/CRAM/ORDER 6/25/20 | Debt Secured by Vehicle | $4,141.12 | $4,141.12 | $0.00 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $2,458.61 | $522.89 | $1,935.72 |
| 8 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CITIBANK NA/BEST BUY CC | Unsecured Creditors | $4,458.49 | $948.23 | $3,510.26 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY BANK/CARECREDIT | Unsecured Creditors | $2,879.86 | $612.49 | $2,267.37 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $2,665.48 | $566.89 | $2,098.59 |
| 11 | PNC Bank, N.A. | Unsecured Creditors | $9,008.62 | $1,915.95 | $7,092.67 |
| 12 | JPMORGAN CHASE BANK N.A.<br>»»  2012 SUBARU IMPREZA/CRAM BAL/ORDER 6/25/20 | Unsecured Creditors | $1,158.42 | $246.37 | $912.05 |
| 13 | DEPT OF ED/NELNET<br>»»  FILED BY DEBTOR/ORD 8/15/20 | Unsecured Creditors | $29,081.27 | $6,184.96 | $22,896.31 |

**Chapter 13 Case No. 19-31911 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 0 | William S. Wolfson, Esq.<br>»»  ORDER 12/31/20 | Attorney Fees | $397.15 | $397.15 | $0.00 |
| 14 | PNC BANK, NA<br>»»  114 MUSCONETCONG RIVER ROAD/PP ARREARS 3/2/21 | Mortgage Arrears | $6,109.11 | $6,109.11 | $0.00 |
| 15 | PNC BANK, NA<br>»»  114 MUSCONETCONG RIVER ROAD/ATTY FEE 3/2/21 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 0 | William S. Wolfson, Esq.<br>»»  ORDER 11/12/21 | Attorney Fees | $3,597.85 | $3,597.85 | $0.00 |
| 16 | PNC BANK, NA<br>»»  114 MUSCONETCONG RIVER ROAD/ATTY FEE 9/13/22 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| 0 | William S. Wolfson, Esq.<br>»»  ORDER 9/29/22 | Attorney Fees | $2,298.00 | $2,298.00 | $0.00 |
| 0 | William S. Wolfson, Esq.<br>»»  ORDER 3/2/23 | Attorney Fees | $924.00 | $924.00 | $0.00 |
| 0 | William S. Wolfson, Esq.<br>»»  ORDER 9/14/23 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 17 | PNC BANK, NA<br>»»  114 MUSCONETCONG RIVER RD/ATTY FEES 6/4/24 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| 0 | William S. Wolfson, Esq.<br>»»  ORDER 9/25/24 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | William S. Wolfson, Esq.<br>»»  ORDER 12/3/24 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $45,894.86 | Plan Balance: | $2,844.95  ** |
| Paid to Claims: | $42,461.68 | Current Monthly Payment: | $1,080.00 |
| Paid to Trustee: | $3,433.18 | Arrearages: | $2,844.95 |
| Funds on Hand: | $0.00 | Total Plan Base: | $48,739.81 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.