| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY | |
| William S. Wolfson, Esq., L.L.C. <br> 260 U.S. Highway 202/31, Suite 1100 <br> Flemington, NJ 08822-1794 <br> 908 782-9333 <br> Attorney for Brian William Ballentine <br> Our File No.   1224.57240 | **Order Filed on June 4, 2025 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey** |
| IN THE MATTER OF <br><br> Brian William Ballentine, Debtor(s) | CASE NO.: 19-31911 <br> CHAPTER 13 <br><br> HEARING DATE:  6/4/2025 <br> JUDGE: Michael B. Kaplan |

# ORDER DEEMING PNC MORTGAGE CURRENT THROUGH APRIL 30, 2025

The relief set forth on the following pages, numbered through two (2) is **ORDERED.**

**DATED: June 4, 2025**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

In Re: Brian W. Ballentine, Debtor
Case No.19-31911
Judge: Michael B. Kaplan
Order Deeming PNC Mortgage Current through April 30, 2025
Page 2 of 2

Upon the motion of debtor's counsel, William S. Wolfson, Esq. and on notice to the Chapter 13 Trustee and counsel for PNC Mortgage it is hereby:

ORDERED that

1. The debtor's mortgage held by PNC Mortgage is deemed current through April 30, 2025.

2. A copy of this order shall be served on the Chapter 13 trustee, counsel for PNC Mortgage and all parties appearing on the motion within seven (7) days.