| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Brian William Ballentine<br>Our File No.   1224.57240 | Order Filed on June 4, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN THE MATTER OF<br><br>Brian William Ballentine, Debtor(s) | CASE NO.: 19-31911<br>CHAPTER 13<br><br>HEARING DATE:  6/4/2025<br>JUDGE: Michael B. Kaplan |

**ORDER DEEMING PNC MORTGAGE CURRENT THROUGH APRIL 30, 2025**

The relief set forth on the following pages, numbered through two (2) is **ORDERED.**

**DATED: June 4, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In Re: Brian W. Ballentine, Debtor
Case No.19-31911
Judge: Michael B. Kaplan
Order Deeming PNC Mortgage Current through April 30, 2025
Page 2 of 2

Upon the motion of debtor's counsel, William S. Wolfson, Esq. and on notice to the Chapter 13 Trustee and counsel for PNC Mortgage it is hereby:

ORDERED that

1. The debtor's mortgage held by PNC Mortgage is deemed current through April 30, 2025.

2. A copy of this order shall be served on the Chapter 13 trustee, counsel for PNC Mortgage and all parties appearing on the motion within seven (7) days.

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 19-31911-MBK
Brian William Ballentine   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1
Date Rcvd: Jun 04, 2025   Form ID: pdf903   Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Brian William Ballentine, 114 Musconetcong River Road, Washington, NJ 07882-3010 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 06, 2025   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK N.A. hkaplan@rasnj.com, kimwilson@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William S. Wolfson | on behalf of Debtor Brian William Ballentine wwolfsonlaw@comcast.net liza.wwolfsonlaw@comcast.net |

TOTAL: 6